IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANON CRUMBLEY,

    Plaintiff,

v.                            No. 2:21-cv-00916-KRS

TOM FOY STEWART,
SIXTH JUDICIAL DISTRICT ATTORNEY,
JO FOWLER,
HECTOR GRIJALVA, and
CLEE CRUMBLEY,

    Defendants.

### ORDER DENYING MOTION TO FILE ELECTRONICALLY

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Motion for Leave to File Documents Electronically, Doc. 5, filed September 23, 2021.

The Court denies Plaintiff's request for leave to file documents electronically because Plaintiff seeks to file documents via email. *Pro se* parties may only file documents by mail, by in-person delivery, or, if they have been granted permission, by filing electronically using the Court's CM/ECF system. Information regarding paper filing and electronic filing is available in the "Guide for Pro Se Litigants," the "CM/ECF Administrative Procedures Manual," and the "Local Rules of Civil Procedure" which are available on the Court's website: www.nmd.uscourts.gov.

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Documents Electronically, Doc. 5, filed September 23, 2021, is **DENIED.**

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE